UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MOLINA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>23ANDME, INC.,<br><br>　　　　　Defendant. | Case No.  23-cv-05779-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Edward M. Chen for consideration of whether the case is related to 23-cv-5147-EMC *Santana v. 23andMe*.

　　　　**SO ORDERED.**

Dated: November 20, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge